CLOSTER DAIRY FARMS, RESPONDENT, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, APPELLANT.

Argued July 5, 1916—Decided November 20, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 557.

For the plaintiff-respondent, *Mark Townsend, Jr.*

For the defendant-appellant, *John A. Hartpence.*

PER CURIAM.

The judgment is affirmed, with costs, for the reasons stated in the opinion of Mr. Justice Minturn. The remark in the

opinion, to the effect that the defendant's contentions required the court to "review the findings of fact" was, obviously, a mere slip, by which the somewhat technical word "review" was substituted for "examine," as appears from the words immediately succeeding.

. *For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    10.

*For reversal*—None.